IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CARL WIETHORN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:07-CV-896-L** |
| | § | |
| **SHERIFF LUPE VALDEZ,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

  This is a *pro se* civil rights action brought under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On June 14, 2007, the Findings and Recommendation of the United States Magistrate Judge ("Report") were filed, in which the magistrate judge recommends dismissal of the action pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff Carl Wiethorn ("Wiethorn") filed Objection to the Recommendation ("Objection") on June 27, 2007.

  After making an independent review of the pleadings, file and record in this case, and the magistrate judge's Report, the court determines that the findings of the magistrate judge are correct in recommending dismissal of the action for failure to state a claim for which relief may be granted. Wiethorn's Objection does not state a basis for his objection, instead, Weithorn states simply that he "formally object[s]" to the recommendation made by the magistrate judge. As Weithorn has stated no basis, his Objection is **overruled**. The findings of the magistrate judge are **accepted** as

**Order – Page 1**

those of the court.  Accordingly, this case is hereby **dismissed with prejudice** for failure to state a claim for which relief may be granted.

    **It is so ordered** this 29th day of June, 2007.

                                                    Sam A. Lindsay
                                                    United States District Judge